**EXHIBIT A**

EXHIBIT A



**KEOUGH MOODY**

NAPERVILLE
114 East Van Buren Avenue
Naperville, IL 60540
phone 630 245 5081
facsimile 630 369 9279

Direct Dial: (630) 245-5081
Email: collections@kmlegal.com

### VIA CERTIFIED AND REGULAR MAIL

OWNER: **WEST SUBURBAN BANK, AS TRUSTEE UNDER THE PROVISIONS OF A TRUST AGREEMENT DATED THE 26TH DAY OF OCTOBER 2012, KNOWN AS TRUST NUMBER 13791**

**ANY/ALL UNKNOWN BENEFICIARIES OF A TRUST AGREEMENT DATED THE 26TH DAY OF OCTOBER 2012, KNOWN AS TRUST NUMBER 13791**

DATE: April 29, 2019

ADDRESS: 11133 Eaton Court, Westchester, IL 60154
711 South Westmore Avenue, Lombard, IL 60148
38 Gino Lane, Hawthorne Woods, IL 60047

Please take notice that from April 21, 2011, through April 25, 2019, there was due to the Board of Managers of WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION the sum of $1,600.00 for your proportionate share of common expenses, (see attached statement) as assessments for the administration maintenance and repair of the common elements and other expenses agreed upon for the premises located in the City of Westchester, County of Cook, State of Illinois, commonly known as 11133 Eaton Court, Westchester.

This is your Notice pursuant to Section 9-102 et seq. of the Illinois Code of Civil Procedure that payment in full of the amount stated above is demanded of you, and unless payment of the full amount in certified funds is made within thirty-five (35) days of the date of this Notice, A LAWSUIT MAY BE FILED TO TERMINATE YOUR RIGHT TO POSSESSION OF THE UNIT. Please be advised that a $143.20 attorney's fee has been added to your account as provided in your Declarations. Separate charges of $90.00 for a tract search and $6.80 for certified mailing have also been added to your account. If court action is required, there will be additional attorneys fees assessed to your account. **Payment in the form of certified funds must be made payable to WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION and mailed to:**

KEOUGH & MOODY, P.C.
114 East Van Buren, Naperville, IL 60540

**Payment to or through any agent other than Keough & Moody, P.C., 114 East Van Buren, Naperville, IL 60540, will not terminate this action or suit to terminate your possession of the unit identified above. All payments should be sent to our Naperville office. No payments will be accepted or taken at our Chicago location.** Only FULL PAYMENT of all amounts demanded in this notice will invalidate the demand, unless the person claiming possession, or his or her agent or attorney, agrees in writing to withdraw the demand in exchange for receiving partial payment.

The above-stated amount is as of April 25, 2019. Hence, if the amount provided is paid, it will constitute payment in full only through April 25, 2019. The above-stated amount will increase with the levy of future assessments, late fees and other common expenses. Therefore, if the amount claimed is paid, the assessments account with the Association may still reflect assessments and other common expenses that were not assessed as of April 25, 2019.

UNDER THE FEDERAL DEBT COLLECTION PRACTICES ACT, YOU HAVE THIRTY (30) DAYS AFTER RECEIPT OF THIS LETTER TO DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN AND MAIL TO YOU PROOF OF THE DEBT.

THE LAW DOES NOT REQUIRE ME TO WAIT UNTIL THE END OF THE THIRTY (30) DAY PERIOD BEFORE SUING YOU TO COLLECT THIS DEBT. IF, HOWEVER, YOU DO REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAY PERIOD, WHICH BEGINS WITH YOUR RECEIPT OF THIS LETTER, THE LAW REQUIRES ME TO SUSPEND MY EFFORTS, THROUGH LITIGATION OR OTHERWISE, TO COLLECT THE DEBT, UNTIL I MAIL TO YOU THE INFORMATION YOU HAVE REQUESTED.

By:_____

CHARLES M. KEOUGH, Attorney at Law
Atty. for WESTCHESTER PLACE
HOMEOWNER'S ASSOCIATION

## PROOF OF SERVICE BY MAILING

I, CHARLES M. KEOUGH, an attorney, on oath swear and affirm that I delivered a copy of this **Notice**

to the owner of the subject premises by depositing a true and accurate copy in the U.S. Mail in Naperville, Illinois,

on April 29, 2019, properly addressed and with postage prepaid, via regular and certified mail.

_____
CHARLES M. KEOUGH

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT.**

**ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.**

NOTICE IN COMPLIANCE WITH THE
FAIR DEBT COLLECTION PRACTICES ACT ( the Act )
15 U.S.C.A. SECTION 1692, ET SEQ.

1. Keough & Moody, P.C. collects debts for Creditors. Any information obtained in this regard will be used for that purpose.

2. The amount of the debt appears on the notice enclosed herewith.

3. The name of the creditor association appears on the notice enclosed herewith.

4. Unless you notify this office within thirty (30) days after receipt of this notice, that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid.

5. If you notify this office in writing within the thirty (30) day period that you are disputing the debt, or any portion thereof, our office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our office.

6. Upon your written request within the thirty (30) day period, our office will provide you with the name and address of the original creditor, if it is different from the current creditor.

## Account History Report
## Westchester Place HOA

00235-3629

| Community Address: | 11133 Eaton Court | Date Settled: | |
| | Westchester, IL 60154 | Unit Type: | SFH - Single Family Homes |
| Mailing Address: | 11133 Eaton Court | **Last payment date:** | |
| | Westchester, IL 60154 | **Last payment amount:** | 0.00 |
| | | **Current balance:** | 1,560.00 |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | Balance Forward | 300.00 | | 300.00 | | As of 12/31/2018 | Prior Mgmt Balance |
| 01/01/2019 | Monthly Assessment | 200.00 | | 500.00 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 02/01/2019 | Monthly Assessment | 200.00 | | 700.00 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 03/01/2019 | Monthly Assessment | 200.00 | | 900.00 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | 925.00 | | Late Fee | Late Fee: 03/15/2019 |
| 03/25/2019 | Demand Letter Charge | 35.00 | | 960.00 | | Demand Letter | Processing Fee |
| 04/01/2019 | Monthly Assessment | 200.00 | | 1,160.00 | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/15/2019 | Late Fee | 25.00 | | 1,185.00 | | Late Fee | Late Fee: 04/15/2019 |
| 04/22/2019 | Delinq Proc Fee - Assn | 175.00 | | 1,360.00 | | Attorney | Processing Fee |
| 05/01/2019 | Monthly Assessment | 200.00 | | 1,560.00 | | Monthly Charges | Recurring Charges: 05/01/2019 |
| | *Attorney Fee-Demand | 240.00 | | 1,600.00 | | | |

*Additional Attorney Fee not yet posted to the account.*

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                          PAGE 2611
                                  PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT                ACCT: 11133005        LOT:        DELINQUENCY STATUS:
CURRENT OWNER  ---------- ----
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | CODE | OTHER ACCOUNTS AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/07 | 330.00 | INIT CREDIT BAL | | | | | 330.00 | | | (330.00) |
| 01/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 01/18/08 | 160.00 | DB08010060 080118 | | (160.00) | | | | | | (330.00) |
| 02/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 02/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 02/15/08 | 160.00 | DB08020062 080215 | | | | | (160.00) | | | (330.00) |
| 03/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 03/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 03/10/08 | 160.00 | DB08030063 080310 | | | | | (160.00) | | | (330.00) |
| 04/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 04/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 04/10/08 | 160.00 | DB08040062 080410 | | | | | (160.00) | | | (330.00) |
| 05/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 05/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 05/12/08 | 160.00 | DB08050063 080512 | | | | | (160.00) | | | (330.00) |
| 06/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 06/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 06/10/08 | 160.00 | DB08060064 080610 | | | | | (160.00) | | | (330.00) |
| 07/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 07/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 07/09/08 | 160.00 | DB08070063 080709 | | | | | (160.00) | | | (330.00) |
| 08/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 08/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 08/11/08 | 160.00 | DB08080063 080811 | | | | | (160.00) | | | (330.00) |
| 09/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 09/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 09/09/08 | 160.00 | DB08090064 080909 | | | | | (160.00) | | | (330.00) |
| 10/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 10/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 10/10/08 | 160.00 | DB08100064 081010 | | | | | (160.00) | | | (330.00) |
| 11/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |
| 11/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 11/10/08 | 160.00 | DB08110064 081110 | | | | | (160.00) | | | (330.00) |
| 12/01/08 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | (170.00) |

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                         PAGE 2612
                                 PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT               ACCT: 11133005       LOT:        DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/08 | | APPLY PREPAYMNT | | (160.00) | | | | | | (170.00) |
| 12/10/08 | 160.00 | DB08120065 081210 | | | | | (160.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 01/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 01/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 01/12/09 | 155.00 | DB09010065 090112 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 02/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 02/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 02/16/09 | 155.00 | DB09020065 090216 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 03/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 03/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 03/10/09 | 155.00 | DB09030066 090310 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 04/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 04/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 04/08/09 | 155.00 | DB09040066 090408 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 05/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 05/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 05/11/09 | 155.00 | DB09050066 090511 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 06/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 06/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 06/10/09 | 155.00 | DB09060066 090610 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 07/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 07/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 07/10/09 | 155.00 | DB09070066 090710 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 08/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 08/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 08/10/09 | 155.00 | DB09080066 090810 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 09/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 09/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 09/10/09 | 155.00 | DB09090067 090910 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 10/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 10/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 10/13/09 | 155.00 | DB09100067 091013 | | | | | (155.00) | | | (330.00) |
| -------- | | | | | | | | | | |
| 11/01/09 | | APPLY CHARGES | 155.00 | 155.00 | | | | | | (175.00) |
| 11/01/09 | | APPLY PREPAYMNT | | (155.00) | | | | | | (175.00) |
| 11/10/09 | 155.00 | DB09110067 091110 | | | | | (155.00) | | | (330.00) |

DATE:  1/17/19
TIME:  1:13 PM

WESTCHESTER PLACE HOA
PAYMENT HISTORY REPORT - Dec. 31, 2018

PAGE 2613

UNIT:   11133 EATON COURT                    ACCT: 11133005         LOT:            DELINQUENCY STATUS:
CURRENT OWNER

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/09 |  | APPLY CHARGES | 155.00 | 155.00 |  |  |  |  |  | (175.00) |
| 12/01/09 |  | APPLY PREPAYMNT |  | (155.00) |  |  |  |  |  | (175.00) |
| 12/10/09 | 155.00 | DB09120066 091210 |  |  |  |  | (155.00) |  |  | (330.00) |
| 01/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | (180.00) |
| 01/01/10 |  | APPLY PREPAYMNT |  | (150.00) |  |  |  |  |  | (180.00) |
| 01/11/10 | 150.00 | DB10010066 100111 |  |  |  |  | (150.00) |  |  | (330.00) |
| 02/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | (180.00) |
| 02/01/10 |  | APPLY PREPAYMNT |  | (150.00) |  |  |  |  |  | (180.00) |
| 03/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | (30.00) |
| 03/01/10 |  | APPLY PREPAYMNT |  | (150.00) |  |  |  |  |  | (30.00) |
| 04/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 120.00 |
| 04/01/10 |  | APPLY PREPAYMNT |  | (30.00) |  |  |  |  |  | 120.00 |
| 04/19/10 |  | EXPENSE ADJ | 15.00 |  | 15.00 |  |  |  |  | 135.00 |
| 05/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 285.00 |
| 05/18/10 |  | EXPENSE ADJ | (15.00) |  | (15.00) |  |  |  |  | 270.00 |
| 06/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 420.00 |
| 06/10/10 | 420.00 | DB10060066 100610 |  | (420.00) |  |  |  |  |  | 0.00 |
| 07/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 07/12/10 | 150.00 | DB10070066 100712 |  | (150.00) |  |  |  |  |  | 0.00 |
| 08/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 08/10/10 | 150.00 | DB10080067 100810 |  | (150.00) |  |  |  |  |  | 0.00 |
| 09/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 09/10/10 | 150.00 | DB10090067 100910 |  | (150.00) |  |  |  |  |  | 0.00 |
| 10/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 10/12/10 | 150.00 | DB10100067 101012 |  | (150.00) |  |  |  |  |  | 0.00 |
| 11/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 11/10/10 | 150.00 | DB10110068 101110 |  | (150.00) |  |  |  |  |  | 0.00 |
| 12/01/10 |  | APPLY CHARGES | 150.00 | 150.00 |  |  |  |  |  | 150.00 |
| 12/10/10 | 150.00 | DB10120067 101210 |  | (150.00) |  |  |  |  |  | 0.00 |
| 01/01/11 |  | APPLY CHARGES | 145.00 | 145.00 |  |  |  |  |  | 145.00 |
| 01/10/11 | 145.00 | DB11010067 110110 |  | (145.00) |  |  |  |  |  | 0.00 |
| 02/01/11 |  | APPLY CHARGES | 145.00 | 145.00 |  |  |  |  |  | 145.00 |

DATE: 1/17/19
TIME: 1:13 PM

WESTCHESTER PLACE HOA
PAYMENT HISTORY REPORT - Dec. 31, 2018

PAGE 2614

UNIT: 11133 EATON COURT      ACCT: 11133005      LOT:      DELINQUENCY STATUS:
CURRENT OWNER

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/11 | 145.00 | DB11020067 110210 | | (145.00) | | | | | | 0.00 |
| -------- | | | | | | | | | | |
| 03/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 145.00 |
| 03/10/11 | 145.00 | DB11030068 110310 | | (145.00) | | | | | | 0.00 |
| -------- | | | | | | | | | | |
| 04/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 145.00 |
| 04/11/11 | 145.00 | DB11040067 110411 | | (145.00) | | | | | | 0.00 |
| 04/21/11 | | EXPENSE ADJ | 300.00 | | | | | 07 | 300.00 | 300.00 |
| 04/21/11 LANDSCAPE REPAIR CHARGE | | | | | | | | | | |
| -------- | | | | | | | | | | |
| 05/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 05/10/11 | 145.00 | DB11050066 110510 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 06/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 06/10/11 | 145.00 | DB11060066 110610 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 07/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 07/11/11 | 145.00 | DB11070066 110711 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 08/10/11 | 145.00 | DB11080065 110810 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 09/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 09/12/11 | 145.00 | DB11090066 110912 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 10/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 10/12/11 | 145.00 | DB11100065 111012 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 11/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 11/10/11 | 145.00 | DB11110065 111110 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 12/01/11 | | APPLY CHARGES | 145.00 | 145.00 | | | | | | 445.00 |
| 12/12/11 | 145.00 | DB11120064 111212 | | (145.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 01/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 01/10/12 | 140.00 | DB12010063 120110 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 02/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 02/10/12 | 140.00 | DB12020063 120210 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 03/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 03/12/12 | 140.00 | DB12030063 120312 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 04/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 04/10/12 | 140.00 | DB12040062 120410 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                          PAGE 2615
                                  PAYMENT HISTORY REPORT - Dec. 31, 2018
```

UNIT:  11133 EATON COURT                 ACCT: 11133005        LOT:        DELINQUENCY STATUS:
CURRENT OWNER

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 05/10/12 | 140.00 | DB12050062 120510 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 06/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 06/11/12 | 140.00 | DB12060063 120611 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 07/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 07/10/12 | 140.00 | DB12070063 120710 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 08/10/12 | 140.00 | DB12080064 120810 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 09/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 09/10/12 | 140.00 | DB12090065 120910 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 10/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 10/10/12 | 140.00 | DB12100066 121010 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 11/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 11/13/12 | 140.00 | DB12110065 121113 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 12/01/12 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 12/10/12 | 140.00 | DB12120067 121210 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 01/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 01/10/13 | 140.00 | DB13010067 130110 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 02/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 02/11/13 | 140.00 | DB13020067 130211 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 03/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 03/11/13 | 140.00 | DB13030068 130311 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 04/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 04/10/13 | 140.00 | DB13040067 130410 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 05/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 05/10/13 | 140.00 | DB13050068 130510 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 06/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 06/10/13 | 140.00 | DB13060068 130610 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 07/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 07/10/13 | 140.00 | DB13070070 130710 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                    PAGE 2616
                                 PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT                ACCT: 11133005      LOT:         DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/13 | 140.00 | DB13080070 130812 | | (140.00) | | | | | | 300.00 |
| 09/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 09/10/13 | 140.00 | DB13090069 130910 | | (140.00) | | | | | | 300.00 |
| 10/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 10/10/13 | 140.00 | DB13100067 131010 | | (140.00) | | | | | | 300.00 |
| 11/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 11/12/13 | 140.00 | DB13110067 131112 | | (140.00) | | | | | | 300.00 |
| 12/01/13 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 12/11/13 | 140.00 | DB13120067 131211 | | (140.00) | | | | | | 300.00 |
| 01/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 01/10/14 | 140.00 | DB14010067 140110 | | (140.00) | | | | | | 300.00 |
| 02/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 02/10/14 | 140.00 | DB14020067 140210 | | (140.00) | | | | | | 300.00 |
| 03/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 03/10/14 | 140.00 | DB14030067 140310 | | (140.00) | | | | | | 300.00 |
| 04/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 04/10/14 | 140.00 | DB14040067 140410 | | (140.00) | | | | | | 300.00 |
| 05/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 05/12/14 | 140.00 | DB14050068 140512 | | (140.00) | | | | | | 300.00 |
| 06/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 06/10/14 | 140.00 | DB14060069 140610 | | (140.00) | | | | | | 300.00 |
| 07/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 07/10/14 | 140.00 | DB14070069 140710 | | (140.00) | | | | | | 300.00 |
| 08/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 08/11/14 | 140.00 | DB14080070 140811 | | (140.00) | | | | | | 300.00 |
| 09/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 09/10/14 | 140.00 | DB14090070 140910 | | (140.00) | | | | | | 300.00 |
| 10/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 10/10/14 | 140.00 | DB14100069 141010 | | (140.00) | | | | | | 300.00 |
| 11/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 11/10/14 | 140.00 | DB14110069 141110 | | (140.00) | | | | | | 300.00 |

```
DATE:  1/17/19
TIME:  1:13 PM                              WESTCHESTER PLACE HOA                        PAGE 2617
                                    PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT                    ACCT: 11133005        LOT:         DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/14 | | APPLY CHARGES | 140.00 | 140.00 | | | | | | 440.00 |
| 12/10/14 | 140.00 | DB14120069 141210 | | (140.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 01/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 01/12/15 | 150.00 | DB15010069 150112 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 02/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 02/10/15 | 150.00 | DB15020069 150210 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 03/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 03/10/15 | 150.00 | DB15030069 150310 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 04/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 04/10/15 | 150.00 | DB15040068 150410 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 05/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 05/11/15 | 150.00 | DB15050067 150511 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 06/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 06/10/15 | 150.00 | DB15060066 150610 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 07/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 07/10/15 | 150.00 | DB15070070 150710 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 08/11/15 | 150.00 | DB15080072 150811 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 09/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 09/10/15 | 150.00 | DB15090072 150910 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 10/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 10/13/15 | 150.00 | DB15100072 151013 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 11/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 11/10/15 | 150.00 | DB15110072 151110 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 12/01/15 | | APPLY CHARGES | 150.00 | 150.00 | | | | | | 450.00 |
| 12/10/15 | 150.00 | DB15120072 151210 | | (150.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 01/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 01/11/16 | 160.00 | DB16010074 160111 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 02/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 02/10/16 | 160.00 | DB16020074 160210 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 03/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                        PAGE 2618
                                  PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT                 ACCT: 11133005        LOT:          DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/16 | 160.00 | DB16030074 160310 | | (160.00) | | | | | | 300.00 |
| 04/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 04/11/16 | 160.00 | DB16040074 160411 | | (160.00) | | | | | | 300.00 |
| 05/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 05/10/16 | 160.00 | DB16050074 160510 | | (160.00) | | | | | | 300.00 |
| 06/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 06/10/16 | 160.00 | DB16060074 160610 | | (160.00) | | | | | | 300.00 |
| 07/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 07/11/16 | 160.00 | DB16070074 160711 | | (160.00) | | | | | | 300.00 |
| 08/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 08/10/16 | 160.00 | DB16080075 160810 | | (160.00) | | | | | | 300.00 |
| 09/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 09/12/16 | 160.00 | DB16090075 160912 | | (160.00) | | | | | | 300.00 |
| 10/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 10/11/16 | 160.00 | DB16100074 161011 | | (160.00) | | | | | | 300.00 |
| 11/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 11/10/16 | 160.00 | DB16110076 161110 | | (160.00) | | | | | | 300.00 |
| 12/01/16 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 12/12/16 | 160.00 | DB16120077 161212 | | (160.00) | | | | | | 300.00 |
| 01/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 01/10/17 | 160.00 | DB17010078 170110 | | (160.00) | | | | | | 300.00 |
| 02/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 02/10/17 | 160.00 | DB17020079 170210 | | (160.00) | | | | | | 300.00 |
| 03/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 03/10/17 | 160.00 | DB17030079 170310 | | (160.00) | | | | | | 300.00 |
| 04/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 04/10/17 | 160.00 | DB17040079 170410 | | (160.00) | | | | | | 300.00 |
| 05/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 05/10/17 | 160.00 | DB17050078 170510 | | (160.00) | | | | | | 300.00 |
| 06/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 06/12/17 | 160.00 | DB17060077 170612 | | (160.00) | | | | | | 300.00 |

```
DATE: 1/17/19
TIME: 1:13 PM                        WESTCHESTER PLACE HOA                      PAGE 2619
                              PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT              ACCT: 11133005      LOT:        DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> CODE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 07/10/17 | 160.00 | DB17070077 170710 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 08/10/17 | 160.00 | DB17080077 170810 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 09/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 09/11/17 | 160.00 | DB17090076 170911 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 10/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 10/10/17 | 160.00 | DB17100076 171010 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 11/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 11/10/17 | 160.00 | DB17110076 171110 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 12/01/17 | | APPLY CHARGES | 160.00 | 160.00 | | | | | | 460.00 |
| 12/11/17 | 160.00 | DB17120077 171211 | | (160.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 01/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 01/10/18 | 180.00 | DB18010077 180110 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 02/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 02/12/18 | 180.00 | DB18020078 180212 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 03/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 03/12/18 | 180.00 | DB18030078 180312 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 04/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 04/10/18 | 180.00 | DB18040078 180410 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 05/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 05/10/18 | 180.00 | DB18050078 180510 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 06/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 06/11/18 | 180.00 | DB18060079 180611 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 07/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 07/10/18 | 180.00 | DB18070080 180710 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 08/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 08/10/18 | 180.00 | DB18080080 180810 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 09/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 09/10/18 | 180.00 | DB18090080 180910 | | (180.00) | | | | | | 300.00 |
| -------- | | | | | | | | | | |
| 10/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |

```
DATE:  1/17/19
TIME:  1:13 PM                          WESTCHESTER PLACE HOA                        PAGE 2620
                                   PAYMENT HISTORY REPORT - Dec. 31, 2018

UNIT:  11133 EATON COURT                 ACCT: 11133005        LOT:        DELINQUENCY STATUS:
CURRENT OWNER:
```

| TXN DATE | PAYMENTS | TRANSACTION DESCRIPTION | CHARGES | ASSESSMENTS A1 | LATE FEES 01 | SPEC ASSMTS 08 | PREPAIDS PP | <- OTHER ACCOUNTS -> | | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CODE | AMOUNT | |
| 10/10/18 | 180.00 | DB18100080 181010 | | (180.00) | | | | | | 300.00 |
| 11/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 11/13/18 | 180.00 | DB18110080 181113 | | (180.00) | | | | | | 300.00 |
| 12/01/18 | | APPLY CHARGES | 180.00 | 180.00 | | | | | | 480.00 |
| 12/10/18 | 180.00 | DB18120080 181210 | | (180.00) | | | | | | 300.00 |

**EXHIBIT B**

EXHIBIT B



NAPERVILLE
114 East Van Buren Avenue
Naperville, IL 60540
phone 630 245 5081
facsimile 630 369 9279

Direct Dial      (630) 245-5081
Email            collections@kmlegal.com

September 12, 2019

**Via Regular and Electronic Mail**
jziccardi@ziccardilaw.com

Joseph R. Ziccardi
Attorney at Law
77 West Washington Street, Suite 705
Chicago, IL 60602

> RE:     *Westchester Place Homeowner's Association v. West Suburban Bank, as Trustee*
> *under the provisions of a trust agreement dated the 26th day of October 2012,*
> *known as Trust Number 13791, Any/All Unknown Beneficiaries of a trust*
> *agreement dated the 26th day of October 2012, known as Trust Number 13791*
> *11133 Eaton Court, Westchester*

Dear Mr. Ziccardi:

As you are aware, our office serves as legal counsel to the Westchester Place Homeowner's Association (hereinafter "the Association"). I am contacting you as it is my understanding that you represent the beneficiaries of the above-referenced trust. If that is incorrect, or should you not be representing the beneficiaries generally with respect to the Association, please advise me, so that I may contact them directly. Unless and until I am advised that you are no longer representing the beneficiaries with respect to the Association, I will be sending all communication to your attention.

Enclosed is a copy of your client's most recent statement of account with the Association dated September 10, 2019. At this time, your client's account reflects a balance of $1,262.75. Payment in full needs to be received by our office on or prior to September 26, 2019, or the Association may pursue all legal remedies available to it, including the filing of an eviction action. **Please make payment in the form of CERTIFIED FUNDS, made payable to the Westchester Place Homeowner's Association, but mailed to our Naperville office**.

If the Association is compelled to file suit against your clients to collect past due assessments, court costs and attorney's fees may be added to the account. ***Those fees include a $287.00 filing fee, $180.00 minimum service fee and $1,090.00 in attorney's fees.*** In order to avoid those fees, this

account will need to be paid in full prior to September 26, 2019, or you will need to contact our office to make payment arrangements. Additional attorney's fees have been assessed to your client's account for this correspondence.

Very truly yours,

CHARLES M. KEOUGH
Attorney at Law

enclosure
X:\client\Westchester Place\Collections\Bastl-Greenman\9-11-19 BD letter.wpd

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

The above-stated amount is due as of September 10, 2019. Hence, if the amount provided is paid, it will constitute payment in full only through that date. The above-stated amount will increase with the levy of future assessments, late fees and other common expenses. Therefore, if the amount claimed is paid, the account with the Association may still reflect assessments and other common expenses that were not assessed as of that date.

# Account History Report
## Westchester Place HOA
### West Suburban Bank, as Trustee          00235-3629

| | | | |
|---|---|---|---|
| Community Address: | 11133 Eaton Court<br>Westchester, IL 60154 | Date Settled:<br>Unit Type: | SFH - Single Family Homes |
| Mailing Address: | 11133 Eaton Court<br>Westchester, IL 60154 | **Last payment date:**<br>**Last payment amount:**<br>**Current balance:** | **Sat Aug 31, 2019**<br>**1,600.00**<br>**1,340.00** |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | Balance Forward | 300.00 | | **300.00** | | As of 12/31/2018 | Prior Mgmt Balance |
| 01/01/2019 | Monthly Assessment | 200.00 | | **500.00** | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 02/01/2019 | Monthly Assessment | 200.00 | | **700.00** | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 03/01/2019 | Monthly Assessment | 200.00 | | **900.00** | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | **925.00** | | Late Fee | Late Fee: 03/15/2019 |
| 03/25/2019 | Demand Letter Charge | 35.00 | | **960.00** | | Demand Letter | Processing Fee |
| 04/01/2019 | Monthly Assessment | 200.00 | | **1,160.00** | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/15/2019 | Late Fee | 25.00 | | **1,185.00** | | Late Fee | Late Fee: 04/15/2019 |
| 04/22/2019 | Delinq Proc Fee - Assn | 175.00 | | **1,360.00** | | Attorney | Processing Fee |
| 05/01/2019 | Monthly Assessment | 200.00 | | **1,560.00** | | Monthly Charges | Recurring Charges: 05/01/2019 |
| 05/15/2019 | Late Fee | 25.00 | | **1,585.00** | | Late Fee | Late Fee: 05/15/2019 |
| 06/01/2019 | Monthly Assessment | 200.00 | | **1,785.00** | | Monthly Charges | Recurring Charges: 06/01/2019 |
| 06/04/2019 | Legal Fee | 480.00 | | **2,265.00** | | 203027 | Legal Fee |
| 06/15/2019 | Late Fee | 25.00 | | **2,290.00** | | Late Fee | Late Fee: 06/15/2019 |
| 07/01/2019 | Monthly Assessment | 200.00 | | **2,490.00** | | Monthly Charges | Recurring Charges: 07/01/2019 |
| 07/15/2019 | Late Fee | 25.00 | | **2,515.00** | | Late Fee | Late Fee: 07/15/2019 |
| 08/01/2019 | Monthly Assessment | 200.00 | | **2,715.00** | | Monthly Charges | Recurring Charges: 08/01/2019 |
| 08/15/2019 | Late Fee | 25.00 | | **2,740.00** | | Late Fee | Late Fee: 08/15/2019 |
| 08/31/2019 | Check | | -1,600.00 | **1,140.00** | | 9442730540 | Keough Moody Legal |
| 09/01/2019 | Monthly Assessment | 200.00 | | **1,340.00** | | Monthly Charges | Recurring Charges: 09/01/2019 |
| | *Account Statement Fee | 12.75 | | 1,352.75 | | | |
| | *Balance Due Letter | 150.00 | | 1,502.75 | | | |
| | Credit for Legal Fee | -240.00 | | 1,262.75 | | | |

*Additional legal fees incurred, but not yet posted to the account.

**EXHIBIT C**

EXHIBIT C



**KEOUGH MOODY**

NAPERVILLE
114 East Van Buren Avenue
Naperville, IL 60540
phone 630 245 5081
facsimile 630 369 9279

Direct Dial    (630) 245-5081
Email          collections@kmlegal.com

October 15, 2019

*Via regular and electronic mail*
jziccardi@ziccardilaw.com
Joseph R. Ziccardi
Attorney at Law
77 West Washington Street, Suite 705
Chicago, IL 60602

   **RE:   *Westchester Place Homeowner's Association v. West Suburban Bank, as Trustee
          under the provisions of a trust agreement dated the 26th day of October 2012, known
          as Trust Number 13791, Any/All Unknown Beneficiaries of a trust agreement dated
          the 26th day of October 2012, known as Trust Number 13791*
          *11133 Eaton Court, Westchester***

Dear Mr. Ziccardi:

       As you are aware, our office serves as legal counsel to the Westchester Place Homeowner's
Association (hereinafter "the Association"). Enclosed is a copy of your clients most recent statement of
account with the Association dated October 8, 2019. At this time, your clients account reflects a balance
of $1,187.75, which reflects the waiver of the $300.00 charge your clients were contesting. Please have your
clients make payment in full prior to October 29, 2019, or the Association may pursue all legal remedies
available to it, including the filing of an eviction action. **Please have your clients make payment in the
form of CERTIFIED FUNDS, made payable to the Westchester Place Homeowner's Association, but
mailed to our Naperville office**.

       If the Association is compelled to file suit against your clients to collect past due assessments, court
costs and attorney's fees may be added to the account. ***Those fees include a $287.00 filing fee, $180.00
minimum service fee and $1,090.00 in attorney's fees.*** In order to avoid those fees, this account will need
to be paid in full prior to October 29, 2019, or you will need to contact our office to make payment
arrangements.

                                    Very truly yours,

                                    CHARLES M. KEOUGH
                                    Attorney at Law

CMK/maj
enclosure
X:\client\Westchester Place\Collections\Bastl-Greenman\10-15-19 BD.wpd
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE**
The above-stated amount is due as of October 8, 2019. Hence, if the amount provided is paid, it will constitute payment
in full only through that date. The above-stated amount will increase with the levy of future assessments, late fees and
other common expenses. Therefore, if the amount claimed is paid, the account with the Association may still reflect
assessments and other common expenses that were not assessed as of that date.

# Account History Report
## Westchester Place HOA
**West Suburban Bank, as Trustee**          00235-3629

| | | | |
|---|---|---|---|
| *Community Address:* | 11133 Eaton Court<br>Westchester, IL 60154 | Date Settled: | |
| | | Unit Type: | SFH - Single Family Homes |
| Mailing Address: | 11133 Eaton Court<br>Westchester, IL 60154 | **Last payment date:** | **Sat Aug 31, 2019** |
| | | **Last payment amount:** | 1,600.00 |
| | | **Current balance:** | ~~1,025.00~~ |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | Balance Forward | 300.00 | | 300.00 | | As of 12/31/2018 | Prior Mgmt Balance |
| 01/01/2019 | Monthly Assessment | 200.00 | | 500.00 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 02/01/2019 | Monthly Assessment | 200.00 | | 700.00 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 03/01/2019 | Monthly Assessment | 200.00 | | 900.00 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | 925.00 | | Late Fee | Late Fee: 03/15/2019 |
| 03/25/2019 | Demand Letter Charge | 35.00 | | 960.00 | | Demand Letter | Processing Fee |
| 04/01/2019 | Monthly Assessment | 200.00 | | 1,160.00 | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/15/2019 | Late Fee | 25.00 | | 1,185.00 | | Late Fee | Late Fee: 04/15/2019 |
| 04/22/2019 | Delinq Proc Fee - Assn | 175.00 | | 1,360.00 | | Attorney | Processing Fee |
| 05/01/2019 | Monthly Assessment | 200.00 | | 1,560.00 | | Monthly Charges | Recurring Charges: 05/01/2019 |
| 05/15/2019 | Late Fee | 25.00 | | 1,585.00 | | Late Fee | Late Fee: 05/15/2019 |
| 06/01/2019 | Monthly Assessment | 200.00 | | 1,785.00 | | Monthly Charges | Recurring Charges: 06/01/2019 |
| 06/04/2019 | Legal Fee | 480.00 | | 2,265.00 | | 203027 | Legal Fee |
| 06/15/2019 | Late Fee | 25.00 | | 2,290.00 | | Late Fee | Late Fee: 06/15/2019 |
| 07/01/2019 | Monthly Assessment | 200.00 | | 2,490.00 | | Monthly Charges | Recurring Charges: 07/01/2019 |
| 07/15/2019 | Late Fee | 25.00 | | 2,515.00 | | Late Fee | Late Fee: 07/15/2019 |
| 08/01/2019 | Monthly Assessment | 200.00 | | 2,715.00 | | Monthly Charges | Recurring Charges: 08/01/2019 |
| 08/15/2019 | Late Fee | 25.00 | | 2,740.00 | | Late Fee | Late Fee: 08/15/2019 |
| 08/31/2019 | Check | | -1,600.00 | 1,140.00 | | 9442730540 | Keough Moody Legal |
| 09/01/2019 | Monthly Assessment | 200.00 | | 1,340.00 | | Monthly Charges | Recurring Charges: 09/01/2019 |
| 09/13/2019 | Legal Fee | | -240.00 | 1,100.00 | | Adj 6/4/19 | Waive  partial |
| 09/15/2019 | Late Fee | 25.00 | | 1,125.00 | | Late Fee | Late Fee: 09/15/2019 |
| 09/24/2019 | Lien Charge | | -300.00 | 825.00 | | Lien charge | Waive Lien Charge |
| 10/01/2019 | Monthly Assessment | 200.00 | | 1,025.00 | | Monthly Charges | Recurring Charges: 10/01/2019 |

*Statement Fee          $12.75          $1,037.75*
*Balance Due Letter    $150.00        $1,187.75*

*Additional legal fee incurred, not yet posted*

**EXHIBIT D**

Return Date: 12/2/2019 1:19-cv-07858 Document #: 31-2 Filed: 01/24/20 Page 24 of 58 PageID #:265
Hearing Date: 12/2/2019 9:30 AM - 9:30 AM    Alias Not Served    2621 - Alias Sec of state    (Rev 4/27/99) CCM-0081A
Location: District 4 Court

Cook County, IL

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT, FOURTH DISTRICT**

FILED
10/31/2019 4:58 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

| | |
|---|---|
| WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION, an Illinois Not-For-Profit Corporation, | ) ) ) |
| Plaintiff, | ) **Case Number** 20194007242 |
| v. | ) **Amount Claimed** $1,212.75 ***plus*** |
| | ) subsequently accruing assessments, late charges, |
| West Suburban Bank, as Trustee under the | ) and other charges lawfully assessed; attorney |
| Provisions of a Trust Agreement Dated the 26th | ) fees and court costs |
| Day of October 2012, Known as Trust Number | ) |
| 13791, Any/all Unknown Beneficiaries of a | ) ***\*TRIAL DATE December 2, 2019*** |
| Trust Agreement Dated the 26th Day of October | ) **TIME: 9:30 AM** |
| 2012, Known as Trust Number 13791, and | ) Court Location: 1500 Maybrook Drive |
| Any/All Unknown Tenants and/or Occupants, | ) Maywood, IL 60153 |
| Defendant(s). | ) **Courtroom** O112 |

TO:   Any/All Unknown Beneficiaries of a trust agreement dated the 26th day of October 2012, known
as Trust Number 13791
38 Gino Lane
Hawthorne Woods, IL 60047

## SUMMONS FOR TRIAL

The plaintiff, named above have filed a complaint in this court to have you evicted. A true and correct copy of the Complaint is attached.

THEREFORE, you the defendant(s) is/are hereby summoned to appear in person before this Court on **December 2, 2019**, at 9:30 a.m. in Courtroom _O112_, at the **1500 Maybrook Drive, Maywood, IL 60153**, at which time and place TRIAL will be held on the complaint. (See top of this form if blanks are not filled in).

If you wish to contest the claim of the plaintiff, YOU MUST APPEAR in court at the time specified above and file your appearance with the Clerk. IF YOU DO NOT APPEAR and contest the claim, A JUDGMENT BY DEFAULT may be entered for the relief requested in the complaint, ordering that you be evicted. If judgment is entered against you, the SHERIFF may evict you. A money judgment may also be entered against you if requested in the complaint.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your local circuit clerk's office.**

## INSTRUCTIONS TO SHERIFF

This summons must be returned by the office or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less that seven (7) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than seven (7) days before the trial date.

ATTY NO: 44996
Name: Keough & Moody, P.C. - Charles Keough
Atty For: Plaintiff
Address: 114 East Van Buren
City/Zip: Naperville, IL 60540
Telephone: (630) 245-5081
Email: collections@kmlegal.com

WITNESS: 10/31/2019 4:58 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

DATE OF SERVICE: _____
(To be inserted by officer on copy left w/ defendants or other person)

Return Date: 12/2/2019
Case: 1:19-cv-07858 Document #: 31-2 Filed: 12/11/20 Page 25 of 58 PageID #:266
Hearing Date: 12/2/2019 9:30 AM 9:30 AM                                    FILED
Courtroom Number (Joint Action) Forcible Detainer-Damage Claims
Location: District 4 Court                                          CCM N020-60M-3/02/05
Cook County, IL

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT/FOURTH DISTRICT**

10/31/2019 4:58 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

|  |  |
|---|---|
| WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION, an Illinois Not-For-Profit Corporation, | ) ) ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| West Suburban Bank, as Trustee under the Provisions of a Trust Agreement Dated the 26th Day of October 2012, Known as Trust Number 13791, Any/all Unknown Beneficiaries of a Trust Agreement Dated the 26th Day of October 2012, Known as Trust Number 13791, and Any/All Unknown Tenants and/or Occupants, | ) ) ) ) ) ) ) ) |
| Defendant (s), | ) |

Case Number

20194007242

Damage Claimed $1,212.75

plus subsequently accruing assessments, late charges, and other charges lawfully assessed; attorney fees, court costs

Return Date: December 2, 2019

## COMPLAINT

The Plaintiff(s) claim as follows:

1. The Plaintiff(s) is/are entitled to the possession of the following described premises **11133 Eaton Court, Westchester, Illinois 60154**, pursuant to the Declaration for the WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION.

2. The Defendant(s) unlawfully withhold possession thereof from Plaintiff(s) WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION.

3. There is due to Plaintiff(s) from the Defendant(s) for assessments/late charges and other charges lawfully assessed, and for withholding possession of said premises from January 1, 2019, to October 29, 2019, after allowing Defendant(s) all just credits, deductions, and set-offs, the sum of $1,212.75.

The Plaintiff(s) WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION claim(s) possession of the property and **$1,212.75 plus subsequently accruing assessments, late charges and other charges lawfully assessed; attorneys fees and court costs or damages**. In the event defendant has or will received a discharge in a bankruptcy proceeding, plaintiff shall only seek an in rem judgment for such discharged amounts.

_____
ATTORNEY FOR ASSOCIATION

Atty Code: 44996
Name: Charles Keough Keough & Moody, P.C.
Attorney for: Plaintiff
Address: 114 East Van Buren
City/State/Zip: Naperville, IL 60540
Telephone: (630) 245-5081
collections@kmlegal.com

**NOTICE IN COMPLIANCE WITH THE FAIR
DEBT COLLECTION PRACTICES ACT
ATTACHED HERETO**

I/we the undersigned, on oath state that I/we am/are the Plaintiff(s) in the above entitled action, The allegations in this complaint are true.

_____
ATTORNEY FOR ASSOCIATION

**THIS IS AN ATTEMPT TO
COLLECT A DEBT AND ANY
INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109
the above signed certified that the statements set forth herein are
true and correct

## Account History Report
## Westchester Place HOA

**West Suburban Bank, as Trustee**        00235-3629

Community Address:  11133 Eaton Court
Westchester, IL 60154

Date Settled:
Unit Type:   SFH - Single Family Homes

Mailing Address:   11133 Eaton Court
Westchester, IL 60154

**Last payment date:**     **Sat Aug 31, 2019**
**Last payment amount:**        **1,600.00**
**Current balance:**        ~~1,250.00~~

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | Balance Forward | 300.00 | | **300.00** | As of 12/31/2018 | | Prior Mgmt Balance |
| 01/01/2019 | Monthly Assessment | 200.00 | | **500.00** | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 02/01/2019 | Monthly Assessment | 200.00 | | **700.00** | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 03/01/2019 | Monthly Assessment | 200.00 | | **900.00** | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | **925.00** | | Late Fee | Late Fee: 03/15/2019 |
| 03/25/2019 | Demand Letter Charge | 35.00 | | **960.00** | | Demand Letter | Processing Fee |
| 04/01/2019 | Monthly Assessment | 200.00 | | **1,160.00** | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/15/2019 | Late Fee | 25.00 | | **1,185.00** | | Late Fee | Late Fee: 04/15/2019 |
| 04/22/2019 | Delinq Proc Fee - Assn | 175.00 | | **1,360.00** | | Attorney | Processing Fee |
| 05/01/2019 | Monthly Assessment | 200.00 | | **1,560.00** | | Monthly Charges | Recurring Charges: 05/01/2019 |
| 05/15/2019 | Late Fee | 25.00 | | **1,585.00** | | Late Fee | Late Fee: 05/15/2019 |
| 06/01/2019 | Monthly Assessment | 200.00 | | **1,785.00** | | Monthly Charges | Recurring Charges: 06/01/2019 |
| 06/04/2019 | Legal Fee | 480.00 | | **2,265.00** | | 203670 | Legal Fee |
| 06/15/2019 | Late Fee | 25.00 | | **2,290.00** | | Late Fee | Late Fee: 06/15/2019 |
| 07/01/2019 | Monthly Assessment | 200.00 | | **2,490.00** | | Monthly Charges | Recurring Charges: 07/01/2019 |
| 07/15/2019 | Late Fee | 25.00 | | **2,515.00** | | Late Fee | Late Fee: 07/15/2019 |
| 08/01/2019 | Monthly Assessment | 200.00 | | **2,715.00** | | Monthly Charges | Recurring Charges: 08/01/2019 |
| 08/15/2019 | Late Fee | 25.00 | | **2,740.00** | | Late Fee | Late Fee: 08/15/2019 |
| 08/31/2019 | Check | | -1,600.00 | **1,140.00** | | 9442730540 | Keough Moody Legal |
| 09/01/2019 | Monthly Assessment | 200.00 | | **1,340.00** | | Monthly Charges | Recurring Charges: 09/01/2019 |
| 09/13/2019 | Legal Fee | | -240.00 | **1,100.00** | | Adj 6/4/19 | Waive  partial |
| 09/15/2019 | Late Fee | 25.00 | | **1,125.00** | | Late Fee | Late Fee: 09/15/2019 |
| 09/24/2019 | Lien Charge | | -300.00 | **825.00** | | Lien charge | Waive Lien Charge |
| 10/01/2019 | Monthly Assessment | 200.00 | | **1,025.00** | | Monthly Charges | Recurring Charges: 10/01/2019 |
| 10/15/2019 | Late Fee | 25.00 | | **1,050.00** | | Late Fee | Late Fee: 10/15/2019 |
| ~~11/01/2019~~ | ~~Monthly Assessment~~ | ~~200.00~~ | | ~~1,250.00~~ | | ~~Monthly Charges~~ | ~~Recurring Charges: 11/01/2019~~ |

*Statement Fee*           *$12.75*          *$1,062.75*
*Balance Due Notice*   *$150.00*          *$1,212.75*

*Additional attorney's fees incurred, but not yet posted to the account.*

2711999

2/16/84
Rev. 5/21/84

## WESTCHESTER PLACE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS

This Declaration made this 21st day of May, 1984, by PULTE HOME CORPORATION, a Delaware Corporation (hereinafter referred to as "Declarant").

### W I T N E S S E T H:

WHEREAS, Declarant is the owner or has an interest in certain Properties in the County of Cook, State of Illinois, which is more particularly described in Exhibit A attached hereto and incorporated herein; and

WHEREAS, the said Properties shall be conveyed, subject to certain protective easements, restrictions, covenants, conditions, reservations, liens and charges as hereinafter set forth.

NOW THEREFORE, the Declarant hereby declares that all of the Properties described in said Exhibit A shall be held, sold and conveyed subject to the following easements, restrictions, covenants, conditions, reservations, liens and charges which are for the purpose of protecting the value and desirability of, and which shall run with the Properties and be binding on all parties having any right, title or interest in the described Properties or any part thereof, their heirs, successors and assigns, and shall inure to the benefit of each owner thereof.

(for which Declarant shall pay or make arrangements to pay its pro rata share),

    (e)  Utility easements granted or to be granted for sewer, water, gas, electricity, telephone and any other necessary utilities; and

    (f)  Reservation of easement for ingress and egress.

When lands annexed from time to time, pursuant to Article Two of this Declaration, contain land to be designated as Common Area, said Common Area shall similarly be conveyed by the Declarant or the legal titleholder thereof to the Association prior to the conveyance by Declarant of the first Lot in the lands then annexed to an Owner.

SECTION 6. Waiver of Use. No Member may exempt himself from personal liability for assessments duly levied by the Association nor release the Lot owned by him from the liens and charges hereof, by waiver of the use and enjoyment of the Common Area or by abandonment of his Lot.

ARTICLE SIX

COVENANT FOR ASSESSMENTS

SECTION 1. Creation of the Lien and Personal Obligation of Assessments. The Declarant (subject to the provisions set forth in Sections Seven and Eight of this Article Six) for each

Lot owned within the Properties, hereby covenants, and each Owner of any Lot by acceptance of a deed therefor or possession thereof, whether or not it shall be so expressed in any such deed or other conveyance, is deemed to personally and individually covenant and agree to pay to the Association; (1) annual assessments or charges, (2) special assessments, and (3) a single initial assessment, such assessments to be fixed, established and collected from time to time as hereinafter provided. The assessments, together with interest thereon, attorney's fees and costs of collection thereof, as hereinafter provided, shall be a charge on the land and shall be a continuing lien upon the Lot against which each such assessment is made. Each such assessment (and deficiency contributions, in the case of Declarant), together with such interest, costs and reasonable attorney's fees shall also be the personal obligation of the person who is the Owner of such Lot at the time when the assessment falls due. The personal obligation shall pass to his successors in title accepting a deed to or assignment of beneficial interest in any trust holding title to said Lot.

SECTION 2. Purpose of Assessments. The assessments levied by the Association shall be used exclusively for the purpose of promoting the health, safety and welfare and enjoyment of its members, and in this connection, for the maintenance of the Lots, for the maintenance and repair of the townhouses

-14-

constructed on the Lots, for the maintenance and improvement of the Common Area and facilities thereon for the payment of premiums for the insurance which is the obligation of the Association, and to provide funds for the Association to carry on its duties set forth herein or in its Articles of Incorporation or By-Laws.

SECTION 3.  Basis and Maximum of Annual Assessments.  Until January 1st of the year immediately following the year of conveyance of the first Lot to an Owner, the maximum annual assessment permitted shall be $600.00 per Lot (and if collected monthly, at the rate of $50.00 per month).

(a)  From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the maximum annual assessment may be increased effective January 1st of each year by the Board of Directors of the Association (at any meeting of the Board of Directors duly convened at least thirty (30) days prior to said January effective date) without a vote of the membership, provided that any such increase shall not be greater than a ten per cent (10%) increase over the maximum annual assessment permitted for the year immediately preceding.

(b)  From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the annual assessment may be increased for any year by the Board of Directors of the Association at any time, over the maximum annual assessment permitted for the year immediately preceding,

without the vote of the membership, if the same is necessary to: (i) pay the cost of any increases in real estate for the Common Area over the prior years, or (ii) pay the cost of increases in premiums for insurance procured by the Association over the prior year.

(c) From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the maximum annual assessment may be increased for the coming assessment year only or for all succeeding assessment years effective January 1st of each year by the Board of Directors at any meeting of the Board of Directors (duly convened at least thirty (30) days prior to said January 1st effective date) in an amount greater than provided in subsections (a) or (b) hereof for the coming assessment year provided that any such change shall have the assent of the majority of the votes of each class of Members voting in person or by proxy, at a meeting duly called for such purpose, at which a quorum is present, written notice of which will be sent to all Members not less than five (5) days nor more than forty (40) days in advance of the meeting, setting forth the purpose of the meeting.

(d) After consideration of future needs and expected expenditures of the Association, the Board of Directors may fix regular annual assessments in lesser amounts than the maximum annual assessments permitted or may, in its discretion, require

-16-

no annual assessment whatsoever for any year, but such action shall not limit or prohibit the Board from fixing assessments for any year(s) following on the basis of increases in the maximum annual assessments permitted hereunder rather than the actual assessments so fixed.

SECTION 4.  Reasonable Reserves.  The Association shall establish and maintain from annual assessments collected hereunder, reasonable reserves for the costs of the maintenance, repair, and replacement of the private streets parking areas, and other improvements located on the Common Areas, and for the maintenance and repair of the townhomes located on the Lots, which are the obligation of the Association hereunder.

SECTION 5.  Special Assessments.  In addition to the annual assessments authorized above, the Association may levy in any assessment year, a special assessment for the purpose of defraying in full or in part the cost of any construction, reconstruction, repair or replacement of any improvement on the Common Area, including the necessary fixtures, personal property and landscaping related thereto, or for the cost of any reconstruction, repair or replacement of the townhome located on any Lot, including landscaping related thereto, or for the purpose of providing funds to the Association to carry on any of its duties set forth in this Declaration or in its Articles of Incorporation or By-Laws, provided that any such

-17-

assessment shall have the assent of a majority of the votes of each class of Members voting in person or by proxy at a meeting duly called for this purpose, at which a quorum is present, written notice of which shall be sent to all Members not less than five (5) days nor more than forty (40) days in advance of the meeting, setting forth the purpose of the meeting. Unless the special assessment specifies that it shall be applicable to a specified number of years, it shall be applicable only to the year enacted. In the event a special assessment is to be levied for the construction, reconstruction, repair or replacement of less than all of the townhouses located within the Properties, such assessment may, by the action described herein, be levied against only those Lots which benefit by such construction, reconstruction, repair, or replacement, in proportion to their benefit, and not against the other Lots in the Properties.

SECTION 6. Uniform Rate of Assessment. Annual assessments must be fixed at a uniform rate for all Lots, and may be collected on a monthly basis or such other basis as set by the Board of Directors.

SECTION 7. Assessment for Lots Owned by Declarant. Notwithstanding the foregoing provisions, the annual assessments and the special assessments for any Lots while owned by Declarant and improved with a completed townhouse, but unoccupied by any tenant of Declarant shall be limited to 25%

-18-

of the amounts fixed with respect to Lots owned by Owners other than Declarant. Prior to the completion of a townhouse on any Lot, such Lot shall be exempt from assessments.

SECTION 8. Deficiency Contributions. For every calendar year during which Declarant remains a Class "B" Member of the Association, Declarant shall contribute to the Association all funds in excess of the budgeted and collected assessments which shall be necessary to defray the costs properly paid or incurred by it for the purposes for which annual assessments may be collected, all without limitation to the maximum amounts provided under Section 3. Declarant's contribution for the calendar year during which Declarant's Class "B" membership terminates shall be prorated to the date of such termination.

For purposes hereof, the establishment of reserves pursuant of Section 4 of this Article Six does not constitute the payment or incurring of costs by the Association and Declarant's deficiency contribution shall not be required to be applied to the establishment of reserves.

SECTION 9. Date of Commencement of Annual Assessments, Due Dates: The annual assessments provided for herein shall commence for any Lot within the Properties or any phase thereof annexed to the Properties on the day of the conveyance of the first Lot in the Properties or such phase and shall be prorated for the month of said conveyance. The Board of Directors shall fix the amount of the annual assessment against each Lot at

-19-

least thirty (30) days in advance of each annual assessment period and in lieu thereof, the amount of the prior year's annual assessment shall be the fixed amount. Written notice of any changed amount of the annual assessment shall be sent to every Owner subject thereto. The due dates when said annual assessments are due and payable shall be established by the Board of Directors.

SECTION 10. Initial Assessments. At the time of the initial sale of any Lot from Declarant to any Owner, such Owner shall pay to Declarant for the use of the Association a sum equal to one sixth (1/6) of the Annual Assessment then in effect. Such sum shall be delivered by Declarant to the Association for use as described in Section 2 of this Article Six. The Initial Assessment for any Lot shall be levied only upon the sale by Declarant to an Owner and shall not be levied on any subsequent sales of the Lot.

SECTION 11. Certificate of Payment. The Association shall, upon demand, furnish to any Owner liable for said assessment, a certificate in writing signed by an officer of the Association, setting forth whether the annual assessments on a specified Lot have been paid and the amount of the delinquency, if any. A reasonable charge may be made by the Board for the issuance of these certificates. Said certificates shall be conclusive evidence that any assessment therein stated to have been paid has in fact been paid. No charge shall be made for issuing

from time to time said certificates to the Declarant on Lots then owned by Declarant.

## ARTICLE SEVEN

### EFFECT OF NONPAYMENT OF ASSESSMENTS, REMEDIES OF ASSOCIATION

SECTION 1. Delinquency. Any assessment provided for in this Declaration which is not paid when due, shall be delinquent. With respect to each assessment not paid within fifteen (15) days after its due date, the Association may, at its election, require the Owner to pay a "late charge" in a sum to be determined by the Association and applied uniformly. If any such assessment is not paid within thirty (30) days after the delinquency date, the assessments shall bear interest from the date of delinquency at the highest rate permitted by Illinois law, and the Association may, at its option, bring an action at law against the Owner personally obligated to pay the same, or foreclose the lien (provided for in Section 1 of Article 6 hereof) against the Lot, and there shall be added to the amount of such assessment the late charge, the costs of preparing and filing a Complaint and such action and reasonable attorney's fees, and in the event a judgment is obtained, such judgment shall include interest together with the costs of bringing the action. Each Owner vests in the Association or its assigns, the right and power to bring all actions at law or lien foreclosures against such Owner for the collection of such delinquent assessments.

-21-

**SECTION 2.  Subordination of the Lien to Mortgages.**  The lien of the assessments provided for herein shall be subordinate to the lien of any first mortgage or trust deed.  Sale or transfer of any Lot shall not affect the assessment lien. However, the sale or transfer of any Lot pursuant to the foreclosure of a mortgage or trust deed or any proceeding or deed in lieu thereof shall extinguish the lien of such assessments as to payments which become due prior to such sale or transfer.  No sale or transfer shall relieve such Lot from liability for any assessments thereafter becoming due or from the lien thereof.

### ARTICLE EIGHT

### PARTY WALLS

**SECTION 1.  General Rules of Law to Apply.**  Each wall which is built as part of the original construction of the townhouses and/or garages units in the subdivision and placed on the dividing line or adjacent to or near the dividing line (provided same serves two or more units) between the units shall constitute a party wall and, to the extent not inconsistent with the provisions of this Article, the general rules of law regarding party walls and of liability for property damage due to negligent or willful acts or omissions shall apply thereto.

**SECTION 2.  Sharing of Repair and Maintenance.**  The cost of reasonable repair and maintenance of a party wall or walls shall be shared by the Owners who make use of the wall or walls in proportion to such use.

-22-

## NOTICE IN COMPLIANCE WITH THE
## FAIR DEBT COLLECTION PRACTICES ACT ( the Act )
## 15 U.S.C.A. SECTION 1692 , ET SEQ.

1. Keough & Moody, P.C. collects debts for Creditors. Any information obtained in this regard will be used for that purpose.

2. The amount of the debt appears on the notice enclosed herewith.

3. The name of the creditor association appears on the notice enclosed herewith.

4. Unless you notify this office within thirty (30) days after receipt of this notice, that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid.

5. If you notify this office in writing within the thirty (30) day period that you are disputing the debt, or any portion thereof, our office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our office.

6. Upon your written request within the thirty (30) day period, our office will provide you with the name and address of the original creditor, if it is different from the current creditor.

**EXHIBIT E**

EXHIBIT E

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## COOK COUNTY, ILLINOIS

WESTCHESTER PLACE HOMEOWNER'S )
ASSOCIATION, an Illinois Not-for-Profit Corporation, )
           Plaintiff, )
            )
            )
          v. )     Case No. 20194007242
            )
WEST SUBURBAN BANK, AS TRUSTEE UNDER )
THE PROVISIONS OF A TRUST AGREEMENT )
DATED THE 26TH DAY OF OCTOBER 2012, )
KNOWN AS TRUST NUMBER 13791, ANY/ALL )
UNKNOWN BENEFICIARIES OF A TRUST )
AGREEMENT DATED THE 26TH DAY OF )
OCTOBER 2012, KNOWN AS TRUST NUMBER )
13791, and Any/All Unknown Tenants and/or )
Occupants, )
          Defendants. )

### CERTIFICATE OF SERVICE

**TO:**    See attached Service List

    The undersigned certifies that on the 30th day of December, 2019, a copy of the Court Order, entered on December 2, 2019, continuing the above-captioned matter to January 6, 2020, was served upon each party to this case in the following manner:

    __X__    Enclosing a true copy of same in an envelope addressed to the attorney of record of each party, or the party, as listed below, with first class postage fully prepaid, and depositing each of said envelopes in the United States Mail at 5:00 p.m. on said date.

    ____    Personal delivery to the attorney of record of each party at the address(es) listed below.

    ____    Facsimile transmission with confirmation by United States Mail.

                          *Katy Arteese*
                           KATY ARTEESE

SUBSCRIBED AND SWORN to before
me this 30th day of December, 2019

*Jaime Farmer*
Notary Public

```
OFFICIAL SEAL
JAIME FARMER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 08-09-2020
```

**Charles M. Keough**
**Keough & Moody, P.C.**
Attorney No 44996
114 East Van Buren
Naperville, IL 60540
(630) 245-5081
collections@kmlegal.com

### SERVICE LIST

West Suburban Bank, as Trustee under the provisions
of a trust agreement dated the 26th day of October 2012,
known as Trust Number 13791
711 South Westmore Avenue, Lombard, IL 60148

Any/All Unknown Beneficiaries of a trust agreement
dated the 26th day of October 2012, known as
Trust Number 13791
38 Gino Lane
Hawthorne Woods, IL 60047

Any/All Unknown Tenants and/or Occupants
11133 Eaton Court
Westchester, IL 60154

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FOURTH DISTRICT

WESTCHESTER PLACE HOMEOWNER'S ) 
ASSOCIATION, an Illinois Not-For-Profit )
Corporation, )
Plaintiff, )
v. ) Case Number 20194007242
)
WEST SUBURBAN BANK, AS TRUSTEE )
UNDER THE PROVISIONS OF A TRUST )
AGREEMENT DATED THE 26TH DAY OF )
OCTOBER 2012, KNOWN AS TRUST )
NUMBER 13791, ANY/ALL UNKNOWN )
BENEFICIARIES OF A TRUST AGREEMENT )
DATED THE 26TH DAY OF OCTOBER 2012, )
KNOWN AS TRUST NUMBER 13791, and )
Any/All Unknown Tenants and/or Occupants, )
)
Defendants. )

## CONTINUANCE ORDER

This matter having come before this court for: ___ status ___ pretrial ___trial
___X__ other: return of summons
the Court being fully advised;

IT IS HEREBY ORDERED this matter is continued to January 6, 2020 at 9:30 a.m. in room 112 for:

___ status (4406) ___ pretrial (4405) ___trial (4482)
__X__ other: return of service; First alias summons to issue for:  Any/All Unknown Tenants and/or Occupants.  Additionally, Legal Serve, LLC, License No. 117-001734, P.O. Box 5241, Wheaton, IL 60189-5241 is hereby appointed as Special Process Server.

Name: _Keough & Moody, P.C.  Charles Keough_
Atty #_44996_____
Attorney For: Plaintiff
Address:_114 East Van Buren_____
City:  _Naperville, Illinois 60540_____
Telephone : (630) 245-5081_____
Email:  collection@kmlegal.com_____
X:\client\Westchester Place\Collections\Bastl-Greenman\Order - 12-2-19 cont.wpd

ENTER: _____
Judge

DATE:  DECEMBER 2, 2019

ENTERED
Judge Joshua E. Gray-2232
DEC 02 2019
CLERK OF
DEPUTY COOK COUNTY
COOK COUNTY, IL

**EXHIBIT F**

Return Date: 1/6/2020
Hearing Date: 1/6/2020 9:30 AM - 9:30 AM
Courtroom Number: 0112
Location: District 4 Court
Cook County, IL

FILED DATE: 12/6/2019 3:04 PM   20194007242

2120 - Served
2121 - Served
2220 - Not Served
2221 - Alias Not Served
2620 - Sec of State
2621 - Alias Sec of state

FILED
12/6/2019 3:04 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
(Rev 4/27/99) CCM-0081A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FOURTH DISTRICT

WESTCHESTER PLACE HOMEOWNER'S )
ASSOCIATION, )
an Illinois Not-For-Profit Corporation, )
           Plaintiff, )
    v. )
)
West Suburban Bank, as Trustee under the )
Provisions of a Trust Agreement Dated the 26th )
Day of October 2012, Known as Trust Number )
13791, Any/all Unknown Beneficiaries of a )
Trust Agreement Dated the 26th Day of October )
2012, Known as Trust Number 13791, and )
Any/All Unknown Tenants and/or Occupants, )
          Defendant(s). )

**Case Number** 20194007242

**Amount Claimed** $1,212.75   *plus*
subsequently accruing assessments, late charges,
and other charges lawfully assessed; attorney
fees and court costs

**\*TRIAL DATE: JANUARY 6, 2020**
**TIME: 9:30 AM**
Court Location: 1500 Maybrook Drive
Maywood, IL 60153
**Courtroom 112**

TO:    Any/All Unknown Tenants and/or Occupants
       11133 Eaton Court
       Westchester, IL 60154

### ALIAS SUMMONS FOR TRIAL

    The plaintiff, named above have filed a complaint in this court to have you evicted.  A true and correct copy of the Complaint is attached.

    THEREFORE, you the defendant(s) is/are hereby summoned to appear in person before this Court on **January 6, 2020**, at 9:30 a.m. in **Courtroom 112**, at the **1500 Maybrook Drive, Maywood, IL 60153**, at which time and place TRIAL will be held on the complaint.  (See top of this form if blanks are not filled in).

    If you wish to contest the claim of the plaintiff, YOU MUST APPEAR in court at the time specified above and file your appearance with the Clerk.  IF YOU DO NOT APPEAR and contest the claim, A JUDGMENT BY DEFAULT may be entered for the relief requested in the complaint, ordering that you be evicted.  If judgment is entered against you, the SHERIFF may evict you.  A money judgment may also be entered against you if requested in the complaint.

    **E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your local circuit clerk's office.**

### INSTRUCTIONS TO SHERIFF

    This summons must be returned by the office or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less that seven (7) days before the day for appearance.  If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than seven (7) days before the trial date.

ATTY NO: 44996
Name: Keough & Moody, P.C. - Charles Keough
Atty For: Plaintiff
Address: 114 East Van Buren
City/Zip: Naperville, IL 60540
Telephone: (630) 245-5081
Email: collections@kmlegal.com

WITNESS: 12/6/2019 3:04 PM DOROTHY BROWN
_____

DOROTHY BROWN, Clerk of Court

DATE OF SERVICE: _____
(To be inserted by officer on copy left w/ defendants
or other person)

Return Date: 12/2/2019

Hearing Date: 12/2/2019 9:30 AM 9:30 AM

Courtroom Number: (Joint Action) Forcible Detainer-Damage Claims

Location: District 4 Court
Cook County, IL

FILED
CCM N020-60M-3/02/05

10/31/2019 4:58 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 10/31/2019 4:58 PM   20194007242

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT/FOURTH DISTRICT

WESTCHESTER PLACE                              )
HOMEOWNER'S ASSOCIATION,                        )
an Illinois Not-For-Profit Corporation,         )
        Plaintiff,                            )
      v.                                     )
                     )
West Suburban Bank, as Trustee under the        )
Provisions of a Trust Agreement Dated the       )
26th Day of October 2012, Known as Trust        )
Number 13791, Any/all Unknown                   )
Beneficiaries of a Trust Agreement Dated the)
26th Day of October 2012, Known as Trust        )
Number 13791, and                               )
Any/All Unknown Tenants and/or Occupants,)
        Defendant (s),                        )

    20194007242

Case Number

Damage Claimed $1,212.75

plus subsequently accruing assessments, late
charges, and other charges lawfully assessed;
attorney fees, court costs

Return Date: December 2, 2019

### COMPLAINT

The Plaintiff(s) claim as follows:

1.     The Plaintiff(s) is/are entitled to the possession of the following described premises **11133 Eaton Court, Westchester, Illinois 60154**, pursuant to the Declaration for the WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION.

2.     The Defendant(s) unlawfully withhold possession thereof from Plaintiff(s) WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION.

3.     There is due to Plaintiff(s) from the Defendant(s) for assessments/late charges and other charges lawfully assessed, and for withholding possession of said premises from January 1, 2019, to October 29, 2019, after allowing Defendant(s) all just credits, deductions, and set-offs, the sum of $1,212.75.

    The Plaintiff(s) WESTCHESTER PLACE HOMEOWNER'S ASSOCIATION claim(s) possession of the property and **$1,212.75 plus subsequently accruing assessments, late charges and other charges lawfully assessed; attorneys fees and court costs or damages**. In the event defendant has or will received a discharge in a bankruptcy proceeding, plaintiff shall only seek an in rem judgment for such discharged amounts.

_Charles Keough_
ATTORNEY FOR ASSOCIATION

Atty Code: 44996
Name:  Charles Keough Keough & Moody, P.C.
Attorney for: Plaintiff
Address: 114 East Van Buren
City/State/Zip: Naperville, IL 60540
Telephone: (630) 245-5081
collections@kmlegal.com

**NOTICE IN COMPLIANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT ATTACHED HERETO**

I/we the undersigned, on oath state that I/we am/are the Plaintiff(s) in the above entitled action, The allegations in this complaint are true.

_Charles Keough_
ATTORNEY FOR ASSOCIATION

**THIS IS AN ATTEMPT TO
COLLECT A DEBT AND ANY
INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109
the above signed certified that the statements set forth herein are
true and correct

### Account History Report
### Westchester Place HOA
**West Suburban Bank, as Trustee**  00235-3629

FILED DATE: 10/31/2019 4:58 PM  20194007242

| | | | |
|---|---|---|---|
| Community Address: | 11133 Eaton Court<br>Westchester, IL 60154 | Date Settled: | |
| | | Unit Type: | SFH - Single Family Homes |
| Mailing Address: | 11133 Eaton Court<br>Westchester, IL 60154 | Last payment date: | **Sat Aug 31, 2019** |
| | | Last payment amount: | **1,600.00** |
| | | Current balance: | ~~1,250.00~~ |

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | Balance Forward | 300.00 | | **300.00** | | As of 12/31/2018 | Prior Mgmt Balance |
| 01/01/2019 | Monthly Assessment | 200.00 | | **500.00** | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 02/01/2019 | Monthly Assessment | 200.00 | | **700.00** | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 03/01/2019 | Monthly Assessment | 200.00 | | **900.00** | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/15/2019 | Late Fee | 25.00 | | **925.00** | | Late Fee | Late Fee: 03/15/2019 |
| 03/25/2019 | Demand Letter Charge | 35.00 | | **960.00** | | Demand Letter | Processing Fee |
| 04/01/2019 | Monthly Assessment | 200.00 | | **1,160.00** | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/15/2019 | Late Fee | 25.00 | | **1,185.00** | | Late Fee | Late Fee: 04/15/2019 |
| 04/22/2019 | Delinq Proc Fee - Assn | 175.00 | | **1,360.00** | | Attorney | Processing Fee |
| 05/01/2019 | Monthly Assessment | 200.00 | | **1,560.00** | | Monthly Charges | Recurring Charges: 05/01/2019 |
| 05/15/2019 | Late Fee | 25.00 | | **1,585.00** | | Late Fee | Late Fee: 05/15/2019 |
| 06/01/2019 | Monthly Assessment | 200.00 | | **1,785.00** | | Monthly Charges | Recurring Charges: 06/01/2019 |
| 06/04/2019 | Legal Fee | 480.00 | | **2,265.00** | | 203027 | Legal Fee |
| 06/15/2019 | Late Fee | 25.00 | | **2,290.00** | | Late Fee | Late Fee: 06/15/2019 |
| 07/01/2019 | Monthly Assessment | 200.00 | | **2,490.00** | | Monthly Charges | Recurring Charges: 07/01/2019 |
| 07/15/2019 | Late Fee | 25.00 | | **2,515.00** | | Late Fee | Late Fee: 07/15/2019 |
| 08/01/2019 | Monthly Assessment | 200.00 | | **2,715.00** | | Monthly Charges | Recurring Charges: 08/01/2019 |
| 08/15/2019 | Late Fee | 25.00 | | **2,740.00** | | Late Fee | Late Fee: 08/15/2019 |
| 08/31/2019 | Check | | -1,600.00 | **1,140.00** | | 9442730540 | Keough Moody Legal |
| 09/01/2019 | Monthly Assessment | 200.00 | | **1,340.00** | | Monthly Charges | Recurring Charges: 09/01/2019 |
| 09/13/2019 | Legal Fee | | -240.00 | **1,100.00** | | Adj 6/4/19 | Waive  partial |
| 09/15/2019 | Late Fee | 25.00 | | **1,125.00** | | Late Fee | Late Fee: 09/15/2019 |
| 09/24/2019 | Lien Charge | | -300.00 | **825.00** | | Lien charge | Waive Lien Charge |
| 10/01/2019 | Monthly Assessment | 200.00 | | **1,025.00** | | Monthly Charges | Recurring Charges: 10/01/2019 |
| 10/15/2019 | Late Fee | 25.00 | | **1,050.00** | | Late Fee | Late Fee: 10/15/2019 |
| ~~11/01/2019~~ | ~~Monthly Assessment~~ | ~~200.00~~ | | ~~1,250.00~~ | | ~~Monthly Charges~~ | ~~Recurring Charges: 11/01/2019~~ |

|  | | | |
|---|---|---|---|
| ***Statement Fee*** | **$12.75** | **$1,062.75** | |
| ***Balance Due Notice*** | **$150.00** | **$1,212.75** | |

*Additional attorney's fees incurred, but not yet posted to the account.*

User: kmajka -- Tue Oct 29, 2019 05:13 pm

2711999?

2/16/84
Rev. 5/21/84

## WESTCHESTER PLACE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS

This Declaration made this 21st day of May, 1984, by PULTE HOME CORPORATION, a Delaware Corporation (hereinafter referred to as "Declarant").

### W I T N E S S E T H:

WHEREAS, Declarant is the owner or has an interest in certain Properties in the County of Cook, State of Illinois, which is more particularly described in Exhibit A attached hereto and incorporated herein; and

WHEREAS, the said Properties shall be conveyed, subject to certain protective easements, restrictions, covenants, conditions, reservations, liens and charges as hereinafter set forth.

NOW THEREFORE, the Declarant hereby declares that all of the Properties described in said Exhibit A shall be held, sold and conveyed subject to the following easements, restrictions, covenants, conditions, reservations, liens and charges which are for the purpose of protecting the value and desirability of, and which shall run with the Properties and be binding on all parties having any right, title or interest in the described Properties or any part thereof, their heirs, successors and assigns, and shall inure to the benefit of each owner thereof.

(for which Declarant shall pay or make arrangements to pay its pro rata share),

(e)  Utility easements granted or to be granted for sewer, water, gas, electricity, telephone and any other necessary utilities; and

(f)  Reservation of easement for ingress and egress.

When lands annexed from time to time, pursuant to Article Two of this Declaration, contain land to be designated as Common Area, said Common Area shall similarly be conveyed by the Declarant or the legal titleholder thereof to the Association prior to the conveyance by Declarant of the first Lot in the lands then annexed to an Owner.

SECTION 6.  Waiver of Use.  No Member may exempt himself from personal liability for assessments duly levied by the Association nor release the Lot owned by him from the liens and charges hereof, by waiver of the use and enjoyment of the Common Area or by abandonment of his Lot.

ARTICLE SIX

COVENANT FOR ASSESSMENTS

SECTION 1.  Creation of the Lien and Personal Obligation of Assessments.  The Declarant (subject to the provisions set forth in Sections Seven and Eight of this Article Six) for each

Lot owned within the Properties, hereby covenants, and each Owner of any Lot by acceptance of a deed therefor or possession thereof, whether or not it shall be so expressed in any such deed or other conveyance, is deemed to personally and individually covenant and agree to pay to the Association; (1) annual assessments or charges, (2) special assessments, and (3) a single initial assessment, such assessments to be fixed, established and collected from time to time as hereinafter provided. The assessments, together with interest thereon, attorney's fees and costs of collection thereof, as hereinafter provided, shall be a charge on the land and shall be a continuing lien upon the Lot against which each such assessment is made. Each such assessment (and deficiency contributions, in the case of Declarant), together with such interest, costs and reasonable attorney's fees shall also be the personal obligation of the person who is the Owner of such Lot at the time when the assessment falls due. The personal obligation shall pass to his successors in title accepting a deed to or assignment of beneficial interest in any trust holding title to said Lot.

SECTION 2. Purpose of Assessments. The assessments levied by the Association shall be used exclusively for the purpose of promoting the health, safety and welfare and enjoyment of its members, and in this connection, for the maintenance of the Lots, for the maintenance and repair of the townhouses

constructed on the Lots, for the maintenance and improvement of the Common Area and facilities thereon for the payment of premiums for the insurance which is the obligation of the Association, and to provide funds for the Association to carry on its duties set forth herein or in its Articles of Incorporation or By-Laws.

SECTION 3. Basis and Maximum of Annual Assessments. Until January 1st of the year immediately following the year of conveyance of the first Lot to an Owner, the maximum annual assessment permitted shall be $600.00 per Lot (and if collected monthly, at the rate of $50.00 per month).

(a)  From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the maximum annual assessment may be increased effective January 1st of each year by the Board of Directors of the Association (at any meeting of the Board of Directors duly convened at least thirty (30) days prior to said January effective date) without a vote of the membership, provided that any such increase shall not be greater than a ten per cent (10%) increase over the maximum annual assessment permitted for the year immediately preceding.

(b)  From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the annual assessment may be increased for any year by the Board of Directors of the Association at any time, over the maximum annual assessment permitted for the year immediately preceding,

-15-

without the vote of the membership, if the same is necessary to: (i) pay the cost of any increases in real estate for the Common Area over the prior years, or (ii) pay the cost of increases in premiums for insurance procured by the Association over the prior year.

(c)  From and after January 1st of the year immediately following the conveyance of the first Lot to an Owner, the maximum annual assessment may be increased for the coming assessment year only or for all succeeding assessment years effective January 1st of each year by the Board of Directors at any meeting of the Board of Directors (duly convened at least thirty (30) days prior to said January 1st effective date) in an amount greater than provided in subsections (a) or (b) hereof for the coming assessment year provided that any such change shall have the assent of the majority of the votes of each class of Members voting in person or by proxy, at a meeting duly called for such purpose, at which a quorum is present, written notice of which will be sent to all Members not less than five (5) days nor more than forty (40) days in advance of the meeting, setting forth the purpose of the meeting.

(d)  After consideration of future needs and expected expenditures of the Association, the Board of Directors may fix regular annual assessments in lesser amounts than the maximum annual assessments permitted or may, in its discretion, require

-16-

no annual assessment whatsoever for any year, but such action shall not limit or prohibit the Board from fixing assessments for any year(s) following on the basis of increases in the maximum annual assessments permitted hereunder rather than the actual assessments so fixed.

SECTION 4. Reasonable Reserves. The Association shall establish and maintain from annual assessments collected hereunder, reasonable reserves for the costs of the maintenance, repair, and replacement of the private streets parking areas, and other improvements located on the Common Areas, and for the maintenance and repair of the townhomes located on the Lots, which are the obligation of the Association hereunder.

SECTION 5. Special Assessments. In addition to the annual assessments authorized above, the Association may levy in any assessment year, a special assessment for the purpose of defraying in full or in part the cost of any construction, reconstruction, repair or replacement of any improvement on the Common Area, including the necessary fixtures, personal property and landscaping related thereto, or for the cost of any reconstruction, repair or replacement of the townhome located on any Lot, including landscaping related thereto, or for the purpose of providing funds to the Association to carry on any of its duties set forth in this Declaration or in its Articles of Incorporation or By-Laws, provided that any such

-17-

assessment shall have the assent of a majority of the votes of each class of Members voting in person or by proxy at a meeting duly called for this purpose, at which a quorum is present, written notice of which shall be sent to all Members not less than five (5) days nor more than forty (40) days in advance of the meeting, setting forth the purpose of the meeting. Unless the special assessment specifies that it shall be applicable to a specified number of years, it shall be applicable only to the year enacted. In the event a special assessment is to be levied for the construction, reconstruction, repair or replacement of less than all of the townhouses located within the Properties, such assessment may, by the action described herein, be levied against only those Lots which benefit by such construction, reconstruction, repair, or replacement, in proportion to their benefit, and not against the other Lots in the Properties.

SECTION 6. Uniform Rate of Assessment. Annual assessments must be fixed at a uniform rate for all Lots, and may be collected on a monthly basis or such other basis as set by the Board of Directors.

SECTION 7. Assessment for Lots Owned by Declarant. Notwithstanding the foregoing provisions, the annual assessments and the special assessments for any Lots while owned by Declarant and improved with a completed townhouse, but unoccupied by any tenant of Declarant shall be limited to 25%

of the amounts fixed with respect to Lots owned by Owners other than Declarant. Prior to the completion of a townhouse on any Lot, such Lot shall be exempt from assessments.

SECTION 8. Deficiency Contributions. For every calendar year during which Declarant remains a Class "B" Member of the Association, Declarant shall contribute to the Association all funds in excess of the budgeted and collected assessments which shall be necessary to defray the costs properly paid or incurred by it for the purposes for which annual assessments may be collected, all without limitation to the maximum amounts provided under Section 3. Declarant's contribution for the calendar year during which Declarant's Class "B" membership terminates shall be prorated to the date of such termination.

For purposes hereof, the establishment of reserves pursuant of Section 4 of this Article Six does not constitute the payment or incurring of costs by the Association and Declarant's deficiency contribution shall not be required to be applied to the establishment of reserves.

SECTION 9. Date of Commencement of Annual Assessments, Due Dates: The annual assessments provided for herein shall commence for any Lot within the Properties or any phase thereof annexed to the Properties on the day of the conveyance of the first Lot in the Properties or such phase and shall be prorated for the month of said conveyance. The Board of Directors shall fix the amount of the annual assessment against each Lot at

-19-

least thirty (30) days in advance of each annual assessment period and in lieu thereof, the amount of the prior year's annual assessment shall be the fixed amount. Written notice of any changed amount of the annual assessment shall be sent to every Owner subject thereto. The due dates when said annual assessments are due and payable shall be established by the Board of Directors.

SECTION 10.  Initial Assessments.  At the time of the initial sale of any Lot from Declarant to any Owner, such Owner shall pay to Declarant for the use of the Association a sum equal to one sixth (1/6) of the Annual Assessment then in effect.  Such sum shall be delivered by Declarant to the Association for use as described in Section 2 of this Article Six.  The Initial Assessment for any Lot shall be levied only upon the sale by Declarant to an Owner and shall not be levied on any subsequent sales of the Lot.

SECTION 11.  Certificate of Payment.  The Association shall, upon demand, furnish to any Owner liable for said assessment, a certificate in writing signed by an officer of the Association, setting forth whether the annual assessments on a specified Lot have been paid and the amount of the delinquency, if any.  A reasonable charge may be made by the Board for the issuance of these certificates.  Said certificates shall be conclusive evidence that any assessment therein stated to have been paid has in fact been paid.  No charge shall be made for issuing

FILED DATE: 10/31/2019 4:58 PM   2019400  7242

from time to time said certificates to the Declarant on Lots then owned by Declarant.

### ARTICLE SEVEN

### EFFECT OF NONPAYMENT OF ASSESSMENTS, REMEDIES OF ASSOCIATION

SECTION 1.  Delinquency.  Any assessment provided for in this Declaration which is not paid when due, shall be delinquent.  With respect to each assessment not paid within fifteen (15) days after its due date, the Association may, at its election, require the Owner to pay a "late charge" in a sum to be determined by the Association and applied uniformly.  If any such assessment is not paid within thirty (30) days after the delinquency date, the assessments shall bear interest from the date of delinquency at the highest rate permitted by Illinois law, and the Association may, at its option, bring an action at law against the Owner personally obligated to pay the same, or foreclose the lien (provided for in Section 1 of Article 6 hereof) against the Lot, and there shall be added to the amount of such assessment the late charge, the costs of preparing and filing a Complaint and such action and reasonable attorney's fees, and in the event a judgment is obtained, such judgment shall include interest together with the costs of bringing the action.  Each Owner vests in the Association or its assigns, the right and power to bring all actions at law or lien foreclosures against such Owner for the collection of such delinquent assessments.

FILED DATE: 10/31/2019 4:58 PM   20194007242

SECTION 2.   Subordination of the Lien to Mortgages.   The lien of the assessments provided for herein shall be subordinate to the lien of any first mortgage or trust deed.  Sale or transfer of any Lot shall not affect the assessment lien. However, the sale or transfer of any Lot pursuant to the foreclosure of a mortgage or trust deed or any proceeding or deed in lieu thereof shall extinguish the lien of such assessments as to payments which become due prior to such sale or transfer.  No sale or transfer shall relieve such Lot from liability for any assessments thereafter becoming due or from the lien thereof.

## ARTICLE EIGHT

### PARTY WALLS

SECTION 1.   General Rules of Law to Apply.  Each wall which is built as part of the original construction of the townhouses and/or garages units in the subdivision and placed on the dividing line or adjacent to or near the dividing line (provided same serves two or more units) between the units shall constitute a party wall and, to the extent not inconsistent with the provisions of this Article, the general rules of law regarding party walls and of liability for property damage due to negligent or willful acts or omissions shall apply thereto.

SECTION 2.  Sharing of Repair and Maintenance.  The cost of reasonable repair and maintenance of a party wall or walls shall be shared by the Owners who make use of the wall or walls in proportion to such use.

-22-

## NOTICE IN COMPLIANCE WITH THE
## FAIR DEBT COLLECTION PRACTICES ACT ( the Act )
## 15 U.S.C.A. SECTION 1692 , ET SEQ.

1.  Keough & Moody, P.C. collects debts for Creditors. Any information obtained in this regard will be used for that purpose.

2.  The amount of the debt appears on the notice enclosed herewith.

3.  The name of the creditor association appears on the notice enclosed herewith.

4.  Unless you notify this office within thirty (30) days after receipt of this notice, that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid.

5.  If you notify this office in writing within the thirty (30) day period that you are disputing the debt, or any portion thereof, our office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by our office.

6.  Upon your written request within the thirty (30) day period, our office will provide you with the name and address of the original creditor, if it is different from the current creditor.

FILED DATE: 10/31/2019 4:58 PM   20194007242